# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN TURNER, ROCHELLE TURNER and THE CINCINNATI INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MOEN STEEL ERECTION, INC., a Nebraska Corporation,<br><br>        Defendant. | 8:06CV227<br><br>ORDER |

Due to the filing of a third-party complaint, the parties request an extension of time to submit their Rule 26(f) planning report. I find that the request should be granted.

**IT IS ORDERED** that the JOINT MOTION TO ENLARGE DEADLINE TO FILE REPORT OF PARTIES' PLANNING CONFERENCE (#12) is granted. The parties are given until and including May 20, 2006 to file their report.

**DATED April 5, 2006.**

                                BY THE COURT:

                                s/ F.A. Gossett
                                **United States Magistrate Judge**