IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN TURNER, ROCHELLE TURNER and THE CINCINNATI INSURANCE COMPANY, ) ) ) ) Plaintiffs, ) ) vs. ) ) MOEN STEEL ERECTION, INC., a Nebraska Corporation, ) ) ) Defendant and ) Third-Party Plaintiff, ) ) vs. ) ) ENTERPRISE PRECAST CONCRETE, INC., ) ) Third-Party Defendant. ) | 8:06CV227<br><br>PROTECTIVE ORDER |

**IT IS ORDERED** that the parties' Motion for Entry of Stipulated Protective Order [64] is granted. The terms of the Stipulated Protective Order attached as Exhibit 1 to Filing [65] are hereby adopted by the court and shall become effective immediately.

**DATED September 1, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge