### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEPHEN TURNER, ROCHELLE TURNER and THE CINCINNATI INSURANCE COMPANY,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| **MOEN STEEL ERECTION, INC.,** a Nebraska Corporation, | ) ) ) | **8:06CV227** |
| Defendant and Third-Party Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| **ENTERPRISE PRECAST CONCRETE, INC.,** | ) ) ) | |
| Third-Party Defendant. | ) | |

Defendant requests a 90-day extension of all progression order deadlines. Plaintiffs object.

The court has already set a conference for November 20, 2006 at 10:30 a.m. for the purpose of reviewing the preparation of the case and scheduling the case to trial. It would be more appropriate to discuss a modified case progression schedule at that time. For this reason,

**IT IS ORDERED** that defendant's Motion [58] is denied.

**DATED October 13, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**