**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| STEPHEN TURNER, ROCHELLE TURNER and THE CINCINNATI INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| MOEN STEEL ERECTION, INC., a Nebraska Corporation, | ) ) ) | 8:06CV227 |
| Defendant and Third-Party Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| ENTERPRISE PRECAST CONCRETE, INC., et al., | ) ) ) | |
| Third-Party Defendants. | ) | |

This matter is before the court on the motion [134] of Moen Steel Erection, Inc. for an enlargement of time to serve the Amended Third-Party Complaint upon Third-Party Defendant, AGA Consulting, Inc.  For good cause shown,

**IT IS ORDERED** that the motion [134] is granted, and Moen Steel Erection, Inc. is given until and including December 15, 2006 to serve the Amended Third-Party Complaint upon Third-Party Defendant, AGA Consulting, Inc.

**DATED November 14, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge