## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

STEPHEN TURNER, ROCHELLE          )
TURNER, and CINCINNATI            )
INSURANCE COMPANY,                )
                                  )
                                  )          **CASE NO. 8:06CV227**
          **Plaintiffs,**          )
                                  )             **ORDER**
          **v.**                   )
                                  )
MOEN STEEL ERECTION, INC.,        )
                                  )
          **Defendant,**           )
                                  )
          **v.**                   )
                                  )
ENTERPRISE PRECAST CONCRETE,      )
INC., AGA CONSULTING, INC., CITY  )
OF OMAHA, and BERINGER,           )
CIACCIO, DENNELL, MABREY, INC.,   )
A/K/A ZENON, BERINGER, MABREY     )
PARTNERS, INC.,                   )
                                  )
          **Third-Party Defendants.**   )

The matter before the Court is the Motion for Enlargement of Time to File a Reply to Defendant/Third-Party Plaintiff's Opposition to Third-Party Defendant Beringer, Ciaccio, Dennell, Mabrey, Inc.'s Motion for Summary Judgment (Filing No. 183), filed by the Third-Party Defendant Beringer, Ciaccio, Dennell, Mabrey, Inc., a/k/a Zenon, Beringer, Mabrey Partners, Inc. ("Beringer"), asking this Court for an order extending the time in which to file a brief in reply to support its Motion for Summary Judgment (Filing No. 178). To support the current motion, Beringer represents that the Defendant and Third-Party Plaintiff Moen Steel Erection, Inc., has no objection to the extension of time. The Court finds the motion should be granted. Accordingly,

          IT IS ORDERED:

1.      The Motion for Enlargement of Time to File a Reply to Defendant/Third-Party

Plaintiff's Opposition to Third-Party Defendant Beringer, Ciaccio, Dennell,

Mabrey, Inc.'s Motion for Summary Judgment (Filing No. 183) is granted; and

2.      The Third-Party Defendant Beringer, Ciaccio, Dennell, Mabrey, Inc.'s brief

in reply shall be filed on or before May 10, 2007.

DATED this 3rd day of May, 2007.


                                    BY THE COURT:

                                    s/Laurie Smith Camp
                                    United States District Judge