IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN TURNER, ROCHELLE TURNER, and CINCINNATI INSURANCE, The, Company, | ) ) ) ) | CASE NO.  8:06CV227 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MOEN STEEL ERECTION, Inc., A Nebraska Corporation, | ) ) ) | ORDER |
| Defendant/Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ENTERPRISE PRECAST CONCRETE, INC., AGA CONSULTING, INC., CITY OF OMAHA, and BERINGER, CIACCIO, DENNELL, MABREY, INC., | ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

This matter is before the Court on a motion filed by Third-Party Plaintiff Moen Steel Erection, Inc. for an order granting Moen Steel leave to file a sur-reply brief and additional evidence in response to new matters raised in the reply brief of Third-Party Defendant Beringer, Ciaccio, Dennell, Mabrey, Inc. ("BCDM").  The motion states that BCDM does not object to the motion.  Accordingly,

IT IS ORDERED:

1. The Motion for Leave to File Brief and Evidence (Filing No. 188) is granted;

2. Moen Steel Erection, Inc. is granted leave to file an additional brief and evidence as described in its motion on or before Tuesday, May 22, 2007.

DATED this 21st day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge