IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN TURNER, ROCHELLE TURNER and THE CINCINNATI INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MOEN STEEL ERECTION, INC., a Nebraska Corporation,<br><br>    Defendant and<br>    Third-Party Plaintiff,<br><br>    vs.<br><br>ENTERPRISE PRECAST CONCRETE, INC.; AGA CONSULTING, INC.; CITY OF OMAHA; and BERINGER, CIACCIO, DENNELL, MABREY, INC. a/k/a ZENON BERINGER, MABREY PARTNERS, INC.,<br><br>    Third-Party Defendants. | 8:06CV227<br><br>PROTECTIVE ORDER |

**IT IS ORDERED** that the parties' Motion for Entry of Stipulated Protective Order [203] is granted. The terms of the Stipulated Protective Order attached as Exhibit 3 to Filing [204] are hereby adopted by the court and shall become effective immediately.

DATED August 14, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge