IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN TURNER, ROCHELLE TURNER and THE CINCINNATI INSURANCE COMPANY, </br></br>      Plaintiffs, </br></br>  vs. </br></br>MOEN STEEL ERECTION, INC., a Nebraska Corporation, </br></br>      Defendant and </br>      Third-Party Plaintiff, </br></br>  vs. </br></br>ENTERPRISE PRECAST CONCRETE, INC.; AGA CONSULTING, INC.; CITY OF OMAHA; and BERINGER, CIACCIO, DENNELL, MABREY, INC. a/k/a ZENON BERINGER, MABREY PARTNERS, INC., </br></br>      Third-Party Defendants. | 8:06CV227 </br></br>AMENDED </br>PROTECTIVE ORDER |

      It is necessary for the court to enter an amended order in this instance, as the Clerk's Office has stricken the document, i.e., Filing [204], that contained the terms of the original Protective Order [205].

      **IT IS AGAIN ORDERED** that the parties' Motion for Entry of Stipulated Protective Order [203] is granted.  The terms of the Stipulated Protective Order attached as Exhibit 3 to **Filing [207]** are hereby adopted by the court and shall become effective immediately.

      **DATED August 15, 2007.**

                                                  **BY THE COURT:**

                                                  **s/ F.A. Gossett** </br>
                                                  **United States Magistrate Judge**