IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN TURNER, ROCHELLE TURNER and THE CINCINNATI INSURANCE COMPANY, ) ) ) ) Plaintiffs, ) ) vs. ) ) MOEN STEEL ERECTION, INC., a Nebraska Corporation, ) ) ) Defendant and ) Third-Party Plaintiff, ) ) vs. ) ) ENTERPRISE PRECAST CONCRETE, INC.; ) AGA CONSULTING, INC.; CITY OF OMAHA; ) and BERINGER, CIACCIO, DENNELL, ) MABREY, INC. a/k/a ZENON BERINGER, ) MABREY PARTNERS, INC., ) ) Third-Party Defendants. ) | 8:06CV227<br><br>ORDER |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Alter Dates [231] is granted, and the following deadlines are extended, as follows:

1. Motions for summary judgment shall be filed no later than January 31, 2008.

2. All depositions shall be completed by January 16, 2008.

3. Motions in limine challenging the admissibility of expert testimony shall be filed by December 14, 2007.

**DATED October 31, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**