IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN TURNER, | ) | Case No. 8:06cv227 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MOEN STEEL ERECTION, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement of the third-party action given to the magistrate judge by Timothy Wollmer, counsel for Defendant/Third-Party Plaintiff, Moen Steel,

**IT IS ORDERED:**

1. On or before **December 27, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 28th day of November 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge